**EXHIBIT "AG" - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-B-07199  
Case Name: BYRON L. and LENETTA WILLIAMS  
Taxpayer ID#: 64-6229873  
For Period Ending: 12/31/08  

Trustee's Name: Allan J. DeMars  
Bank Name: LaSalle Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 860463753  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/14/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 2,500.00 | | 2,500.00 |
| 6/30/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 1.10 | | 2,501.10 |
| 7/23/07 | Ref 1 | Joseph S. Varan | for right, title and interest in 342 W. 101st Street, Chicago | 1110-000 | 5,000.00 | | 7,501.10 |
| 7/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 3.79 | | 7,504.89 |
| 8/7/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 7,754.89 |
| 8/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 9.72 | | 7,764.61 |
| 9/7/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,014.61 |
| 9/30/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 9.72 | | 8,024.33 |
| 10/9/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,274.33 |
| 10/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 10.38 | | 8,284.71 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 11/7/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,534.71 |
| 11/30/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 9.81 | | 8,544.52 |
| 12/5/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,794.52 |
| 12/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 8.50 | | 8,803.02 |
| BALANCE CARRIED FORWARD | | | | | | | 8,803.02 |
| 1/18/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,053.02 |
| 1/31/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 7.20 | | 9,060.22 |
| 2/8/08 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 10.77 | 9,049.45 |
| 2/8/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,299.45 |
| 2/29/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 3.65 | | 9,303.10 |
| 3/6/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,553.10 |
| 3/31/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 4.01 | | 9,557.11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/7/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,807.11 |
| 4/30/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 3.99 | | 9,811.10 |
| 5/9/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 10,061.10 |
| | | | | | | | |
| | | | | | | | |
| | | | | COLUMN TOTALS | 10,071.87 | 10.77 | 10,061.10 |

```
                                   Less: Bank transfers/CD
                                    Subtotal
                                   Less: Payments to debtor(s)
                                   Net                          10,071.87         10.77      10,061.10
                                                                               NET
TOTAL - ALL ACCOUNTS                                    NET DEPOSITS       DISBURSEMENTS     BALANCES
Checking#
Money Market #8604063753                                  10,071.87           10.77         10,061.10
Savings #
CD #CDI
Net                                                       10,071.87           10.77         10,061.10
                                                        Excludes account    Excludes payments   Total Funds
                                                          transfers          to debtor          on Hand
```