UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| BYRON L. WILLIAMS and | ) | |
| LENETTA WILLIAMS | ) | CASE NO. 07 B 07199 |
|        DEBTOR | ) | |
| | ) | HON. JOHN D. SCHWARTZ |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL

   On: **June 26, 2008**      Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                  $ 10,071.87

   Disbursements                             $      10.77

   Net Cash Available for Distribution       $ 10,061.10

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $1,757.19 | $ 65.71 |
| Allan J. DeMars, attorney | $ None | $2,869.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $132,885.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.04046%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Discover Bank | $ 10034.69 | $ 405.45 |
| 3 | TBF Financial LLC | 10586.13 | 427.73 |
| 4 | Chase Bank USA, NA | 31500.57 | 1272.77 |
| 5 | American Express Bank FSB | 39456.42 | 1594.22 |
| 6 | American Express Travel Related Svcs | 1234.99 | 49.90 |
| 7 | American Express Bank FSB | 27150.26 | 1097.00 |
| 8 | U.S. Dept. of Education | 7251.47 | 292.99 |
| 9 | LVNV Funding LLC, assignee of Washington Mutual | 5671.19 | 229.14 |
| | | $132885.72 | $ 5369.20 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: 2819 Lexington, Hazelcrest, IL: $74,799.00; checking acct.:$50.00; furniture: $1,000.00; clothing: $1,000.00; fur coat: $500.00; wedding rings: $500.00; 2003 Chevy Malibu: $2,000.00; 2003 Toyota 4Runner: $1,000.00; Omega Financial:$0
SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS.

Dated: **May 29, 2008**                              For the Court,

                                                By:  **KENNETH S. GARDNER**
                                                     Kenneth S. Gardner
                                                     Clerk of the U.S. Bankruptcy Court
                                                     219 So. Dearborn Street; 7th Floor

Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
Chicago, IL 60603
Phone No.: (312) 726-3377

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

7199    Doc 58    Filed 05/29/08    Entered 05/31/08 23:53:02    Desc Imaged
Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2            Date Rcvd: May 29, 2008
Case: 07-07199                 Form ID: pdf002          Total Served: 53

The following entities were served by first class mail on May 31, 2008.
db        +Byron L. Williams,    2800 Knollwood Place,    Hazel crest, IL 60429-2142
jdb       +Lenetta Williams,    2800 Knollwood Place,    Hazel crest, IL 60429-2142
tr        +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11318225   ADT Security,    Acct#: 1450,    POB 650485,    Dallas, TX 75265-0485
11318232  +AT&T,    Acct#: 2149,    Bankruptcy Dept/Linda Adams,    6021 S Rio Grande Ave 1st flr,
            Orlando,, FL 32809-4613
11318226  +Advanta,    Acct#: 1049,    PO Box 8088,    Philadelphia, PA 19101-8088
11318228  +American Express,    Acct#: 1001,    C/O Nationwide Credit, Inc,    PO Box 740640,
            Atlanta, GA 30374-0640
11318229  +American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
11318227  +American Express Travel Related Svcs,     Co Inc Corp Card,    c/o Becket and Lee LLP,
            P O Box 3001,    Malvern, PA 19355-0701
11318230  +American Family Insurance,    Acct#: 5228,    C/O Credit Collection Services,
            Two Wells Ave Dept. AMFA,    Newton , MA 02459-3208
11318231  +Arnstein & Lehr LLP,    Acct#: 001,    120 South Riverside Plaza, Sui,    Chicago, IL 60606-3913
11318235   Capital One,    Acct#: 2498,    POB 30285
11318233   Capital One,    Acct#: 9851,    POB 30285
11318237  +Capital One Auto Finance Department,    c/o Ascenstion Capital Group,    P O Box 201347,
            Arlington, TX 76006-1347
11318238  +Capital One Bank,    Acct#: 3434,    C/O GC Services Limited Partne,    6330 Gulfton,
            Houston, TX 77081-1108
11318239  +Chase,    Acct#: 0535,    PO BOx 659409,    San Antonio, TX 78265-9409
11318240   Chase  Cardmember Services,    Acct#: 4172,    P.O. Box 15153,    Wilmington , DE  19886-5153
11416268   Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA, 981243978
11318241   Child Support Enforcement,    PO Box 19085,    Springfield, IL 62794-9085
11318242   Cingular Wireless,    Acct#: 1707,    PO Box 6428,    Carol Stream, IL 60197-6428
11318244  +Citi Cards,    Acct#: 2998,    PO Box 688901,    Des Moines , IA 50368-8901
11318245  +Citibank,    Acct#: 9513,    POB  6404,    The lakes, NV 88901-6404
11318246   Citibank Illinois,    Acct#: 3821,    c/o Sunrise Credit,    260 Airport Plaza,
            GFarmingdale, NY 11735-3946
11318249  +Credit Collection Service,    Acct#: 9380,    Payment Processing Center,    Two Well Ave,
            Newton , MA 02459-3208
11318252  +EMC Mortgage Corporation,    c/o McCalla, Raymer, et al,    Bankruptcy Department,
            1544 Old Alabama Road,    Roswell, GA 30076-2102
11318251  +Elizabeth M. Feely, P.C.,    401 N Michigan #1200,    Chicago, IL 60611-4264
11318253  +FedEx,    Acct#: 6052,    C/O Weinstock & O'Malley,    PO Box 311,    Old Bridge , NJ 08857-0311
11318247  +GC Services Limited Partnershi,    Acct#: 4011,    PO Box 721721,    6330 Gulftoln,
            Houston, TX 77081-1108
11318254  +HSBC,    Acct#: 1750,    PO Box 17051,    Baltimore, MD 21297-1051
11318255  +MBNA America,    Acct#: 6536,    PO Box 15286,    Wilmington, DE 19886-5286
11318256  +Morgan Locksmiths,    Acct#: 4934,    C/O Transworld Systems,    2235 Mercury Way, Suite 275,
            Santa Rosa, CA 95407-5463
11318259   Oak Forest Hospital,    Acct#: 8623,    15900 S Cicero,    Oak Forest, IL  60452
11318257   Oak Forest Hospital,    Acct#: 2564,    15900 S Cicero,    Oak Forest, IL  60452
11318260   Oak Forest Hospital,    Acct#: 3866,    15900 S Cicero,    Oak Forest, IL  60452
11318258   Oak Forest Hospital,    Acct#: 2886,    15900 S Cicero,    Oak Forest, IL  60452
11318261   Oak Forest Hospital,    Acct#: 1821,    15900 S. Cicero Ave,    Oak Forest , IL  60452
11318262   Peoples Energy,    Acct#: 3488,    Chicago,, IL  60687-0001
11318263  +Quill Corporation,    Acct#: 4456,    C/O R.M.S,    55 Shuman Rd,    Naperville, IL 60563-8467
11415185  +TBF Financial, LLC,    520 Lake Cook Road, Suite 510,    Deerfield, IL 60015-4900
11318264   The Hartford,    Acct#: 9380,    c/o CCS,    PO Box 55156,    Boston , MA  02205-5156
11318265   Toyota Finacial Services,    Acct#: 4279,    PO BOx 5855,    Carol Stream , IL  60197-5855
11318266   US Department Of education,    Acct#: 9692,    PO Box 530260,    Atlanta , GA  30353-0260
11476058   US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
            Greenville, TX 75403-5609
11318267  +Visa,    PO Box 15298,    Wilmington, DE 19850-5298
11318268   Washington Mutual,    PO Box 9801,    Pleasanton , CA  94566
11318269   Washington Mutual Card Service,    Acct#: 2943,    PO Box 660487,    Dallas, TX  75266-0487
11318270  +Wolpoff & Abramson,    Acct#: 6536,    702 King Farm Blvd,    Rockville , MD 20850-5774

The following entities were served by electronic transmission on May 30, 2008.
aty       +E-mail/Text: blehman@lehmanfox.com                               Beth A Lehman,   Lehman & Fox,
            6 E Monroe Suite 1004,    Chicago, IL 60603-2721
11318243  +E-mail/Text: citjaxbankruptcy@cit.com                              Cit Technology Fin Serv, Inc,
            Acct#: 0000,    21146 Network Place,    Chicago, IL 60673-1211
11318248  +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                              ComEd.,
            Acct#: 9992,    Bill Payment Center,    Chicago, IL 60668-0001
11318250   E-mail/PDF: mrdiscen@discoverfinancial.com May 30 2008 08:00:41      Discover,   Acct#: 3153,
            PO Box 30395,    Salt Lake, City UT84130-03
11397682   E-mail/PDF: mrdiscen@discoverfinancial.com May 30 2008 08:00:41
            Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11543734   E-mail/Text: resurgentbknotifications@resurgent.com
            LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
            Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11318234     SLC, UT 84130-0285
11318236     SLC, UT 84130-0285
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: May 29, 2008
Case: 07-07199                Form ID: pdf002          Total Served: 53

aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                           TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2008**          **Signature:**   *Joseph Speetjens*