UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BYRON L. WILLIAMS and | ) | Hon. JOHN D. SCHWARTZ |
| LENETTA WILLIAMS | ) | |
| | ) | Case No.  07 B 07199 |
| | ) | |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   The Honorable JOHN D. SCHWARTZ
      United States Bankruptcy Judge

     Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

     All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: 8/7/08                                         /s/ Allan J. DeMars
                                                      Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 07 B 07199 |
| BYRON L. WILLIAMS and | ) Hon. JOHN D. SCHWARTZ |
| LENETTA WILLIAMS | ) Chapter 7 |
| Debtors | ) |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation          $ 1,757.19
   Allan J. DeMars
2. Trustee's expenses              $    65.71
   Allan J. DeMars
                        TOTAL      $ 1,822.90

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                 $ 2,869.00
      Allan J. DeMars
   b. Expenses                     $ _____

2. Accountant for the Trustee
   a. Compensation                 $ _____
   b. Expenses                     $ _____

3. Other professional
   (list each professional separately)

                        Total      $ 2,869.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this _____ day of _____, 2008

**JUN 2 6 2008**

Enter: _____
JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 07 B 07199 |
| BYRON L. WILLIAMS and | ) | Hon. JOHN D. SCHWARTZ |
| LENETTA WILLIAMS | ) | Chapter 7 |
| Debtors | ) | |

### DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
Fees and Expenses  Trustee: $1822.90
                   Attorney:$2869.00         $   4691.90
Chapter 7 Administrative Expenses:           $_____
Chapter 11 Administrative Expenses:          $_____
Priority Claims (507(a)(3)-(a)(7)):          $_____
Secured Tax Liens:                           $_____
Priority Tax Claims:                         $_____
General Unsecured Claims:                    $   5376.58
Surplus to debtor:                           $_____
   TOTAL AMOUNT TO BE DISTRIBUTED:           $  10068.48

REPORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $4,691.90 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $1757.19 | $1757.19 |
| | expenses | | 65.71 | 65.71 |
| | attorney's fees | | 2869.00 | 2869.00 |
| | | | $4691.90 | $4691.90 |

REPORT OF DISTRIBUTION - CONT'D                        PAGE  2  of  6 

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                              PAGE 3 of 6

| 5.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 6.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 7.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,225.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                            Page 5 of 6

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $132,885.72 | 4.04601% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Discover Bank | $ 10034.69 | $  406.00 |
| 3 | TBF Financial LLC | 10586.13 | 428.32 |
| 4 | Chase Bank USA, NA | 31500.57 | 1274.52 |
| 5 | American Express Bank FSB | 39456.42 | 1596.41 |
| 6 | American Express Travel Related Svcs | 1234.99 | 49.97 |
| 7 | American Express Bank FSB | 27150.26 | 1098.50 |
| 8 | U.S. Dept. of Education | 7251.47 | 293.40 |
| 9 | LVNV Funding LLC, assignee of Washington Mutual | 5671.19 | 229.46 |
|  |  | $132885.72 | $ 5376.58 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|
| Secured claim #2 filed by Capital One Auto Finance | | | | withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: June 26, 2008                     /s/ Allan J. DeMars
                                              Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-B-07199  
Case Name: BYRON L. and LENETTA WILLIAMS  
Taxpayer ID#: 64-6229873  
For Period Ending: 12/31/08  

Trustee's Name: Allan J. DeMars  
Bank Name: LaSalle Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 860463753  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/14/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 2,500.00 | | 2,500.00 |
| 6/30/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 1.10 | | 2,501.10 |
| 7/23/07 | Ref 1 | Joseph S. Varan | for right, title and interest in 342 W. 101st Street, Chicago | 1110-000 | 5,000.00 | | 7,501.10 |
| 7/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 3.79 | | 7,504.89 |
| 8/7/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 7,754.89 |
| 8/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 9.72 | | 7,764.61 |
| 9/7/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,014.61 |
| 9/30/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 9.72 | | 8,024.33 |
| 10/9/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,274.33 |
| 10/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 10.38 | | 8,284.71 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 11/7/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,534.71 |
| 11/30/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 9.81 | | 8,544.52 |
| 12/5/07 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 8,794.52 |
| 12/31/07 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 8.50 | | 8,803.02 |
| BALANCE CARRIED FORWARD | | | | | | | 8,803.02 |
| 1/18/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,053.02 |
| 1/31/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 7.20 | | 9,060.22 |
| 2/8/08 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 10.77 | 9,049.45 |
| 2/8/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,299.45 |
| 2/29/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 3.65 | | 9,303.10 |
| 3/6/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,553.10 |
| 3/31/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 4.01 | | 9,557.11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/7/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 9,807.11 |
| 4/30/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 3.99 | | 9,811.10 |
| 5/9/08 | Ref 12 | from debtors | installment on insider preference settlement vs. Aleeta Karras that they are funding | 1241-000 | 250.00 | | 10,061.10 |
| 5/3108 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 4.22 | | 10,065.32 |
| 6/24/08 | Ref 13 | LaSalle Bank | interest on invested funds | 1270-000 | 3.16 | | 10,068.48 |
| 6/26/08 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,757.19 | 8,311.29 |
| 6/26/08 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 65.71 | 8,245.58 |
| 6/26/08 | Check 1004 | Allan J. DeMars | attorney's feesw | 3110-000 | | 2,869.00 | 5,376.58 |
| 6/26/08 | Check 1005 | Discover Bank | 726(a)(2); 4.04601% | 7100-900 | | 406.00 | 4,970.58 |
| 6/26/08 | Check 1006 | TBF Financial LLC | 726(a)(2); 4.04601% | 7100-000 | | 428.32 | 4,542.26 |
| 6/26/08 | Check 1007 | Chase Bank USA, NA | 726(a)(2); 4.04601% | 7100-900 | | 1,274.52 | 3,267.74 |
| 6/26/08 | Check 1008 | American Express Bank FSB | 726(a)(2); 4.04601% | 7100-900 | | 1,596.41 | 1,671.33 |
| 6/26/08 | Check 1009 | American Express Travel Related Services | 726(a)(2); 4.04601% | 7100-900 | | 49.97 | 1,621.36 |
| 6/26/08 | Check 1010 | American Express Bank FSB | 726(a)(2); 4.04601% | 7100-900 | | 1,098.50 | 522.86 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/26/08 | Check 1011 | U.S. Dept. of Education | 726(a)(2); 4.04601% | 7100-000 | | 293.40 | 229.46 |
| 6/26/08 | Check 1012 | LVNV Funding LLC, assignee of Washington Mutual | 726(a)(2); 4.04601% | 7100-900 | | 229.46 | 0.00 |
| | | | | COLUMN TOTALS | 10,079.25 | 10,079.25 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) Net | 10,079.25 | 10,079.25 | 0.00 |

```
                                                              NET
TOTAL - ALL ACCOUNTS                        NET DEPOSITS   DISBURSEMENTS      BALANCES
Checking#
Money Market #8604063753                       10,079.25      10,079.25           0.00
Savings #
CD #CDI
Net                                            10,079.25      10,079.25           0.00
                                            Excludes account Excludes payments Total Funds
                                               transfers        to debtor         on Hand
```